UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 16-2093 JVS (JCGx) | Date | January 10, 2017 |
| Title | Hunt v. PNC Bank, National Association | | |

Present: The Honorable  James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **(In Chambers)** <u>**Order Dening Application for Temporary Restraining Order and Issuing Order to Show Cause**</u>

       On November 28, 2016, plaintiff Janeen A. Hunt ("Hunt") applied to the Court *ex parte* for a temporary restraining order and an order to show cause re issuance of a preliminary injunction to prevent the foreclosure of property at 2 Blue Point, Aliso Viejo, CA 92656 ("Property"). (Docket No. 8.) On January 4, 2017, Hunt filed a First Amended Complaint, and made service by mail on the same day with return receipt requested pursuant of California Code of Civil Procedure § 415.40. (Docket Nos. 16,17.) Service is effective on the tenth day following service. (Cal. Code Civ. P. § 415.40.) In light of the 21 day summons, the response of PNC Bank National Association ("PNC Bank") is not due until February 4, 2017.

       The Court denies the application for a temporary restraining order, but issues an order to show cause:

       On March 6, 2017 at 3:00 p.m., at the United States Courthouse, 411 W. 4th Street, Santa Ana, California, PNC Bank is ordered to show cause why the Court should not issue a preliminary injunction enjoining PNC Bank and its agents and all person acting in concert with PNC Bank from foreclosing on the Property. PNC Bank's written response shall be filed and served no later than February 15, 2017. Any further response by Hunt shall be filed and served no later than February 27, 2017. All service shall be made personally or by overnight delivery.

       Hunt shall promptly serve a copy of this order on PNC Bank.

       Should events, such as the issuance of Notice of Trustee's Sale, warrant an earlier hearing, Hunt may apply to the Court to advance the hearing.

| | Initials of Preparer | kjt |
|---|---|---|